AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>HUMPHREYS, KAREN M. | 2. Court or Organization<br><br>U.S. DISTRICT COURT-KANSAS | 3. Date of Report<br><br>08/17/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE-FULL TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>06/30/2015 |
| 7. Chambers or Office Address<br><br>322 U.S. COURTHOUSE<br>401 N. MARKET<br>WICHITA, KS 67202 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR | KANSAS LEADERSHIP CENTER |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUMPHREYS, KAREN M. | 08/17/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/2014 | Kansas Leadership Center, stipend donated to charitable organizations | $750.00 |
| 2. 04/2014 | Kansas Leadership Center, stipend donated to charitable organizations | $750.00 |
| 3. 07/2014 | Kansas Leadership Center, stipend donated to charitable organizations | $750.00 |
| 4. 10/2014 | Kansas Leadership Center, stipend donated to charitable organiztions | $750.00 |
| 5. 01/2015 | Kansas Leadership Center, stipend donated to charitable organizations | $750.00 |
| 6. 04/2015 | Kansas Leadership Center, stipend donated to chAritable organiations | $750.00 |
| 7. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| HUMPHREYS, KAREN M. | 08/17/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | KANSAS LEADERSHIP CENTER | PORTRAIT | $425.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BANK OF AMERICA | CREDIT CARD | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. REGAL BELOIT-COMMON STOCK | A | Dividend | K | T | | | | | |
| 2. ALLSTATE - COMMON STOCK | A | Dividend | J | T | | | | | |
| 3. COLUMBIA MANAGEMENT (IRA) fka NATIONS FUNDS-cash euipvalent | | | | | | | | | |
| 4. -COLUMBIA LARGE CAP | A | Dividend | J | T | | | | | |
| 5. -COLUMBIA SMALLCAP INDEX FUND A | A | Dividend | J | T | | | | | |
| 6. AMERTRADE, INC. | | | | | | | | | |
| 7. -SENTINEL FDS (MYPVX) | A | Dividend | K | T | | | | | |
| 8. -WEITZ SERIES FUND/NC (WVALX) | A | Interest | K | T | | | | | |
| 9. DWS MUNI INC TR, mutual fund (Y) | | | | | | | | | |
| 10. NEW ENGLAND FIN VARIABLE FLEX LIFE | | | | | | | | | |
| 11. -CLARION GLOBAL R EST | | None | J | T | | | | | |
| 12. -AMER FUNDS BOND | | None | J | T | | | | | |
| 13. -JANUS FORTY PORTFOLIO (transfer CB Agg Gr Prt) | | None | J | T | | | | | |
| 14. -AMER FUNDS GROWTH | | None | J | T | | | | | |
| 15. -AMER FUNDS GRO INC | | None | J | T | | | | | |
| 16. -AMER FUNDS GLO SM CAP | | None | J | T | | | | | |
| 17. FIDELITY BANK | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUMPHREYS, KAREN M. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CHARLES SCHWAB IRA | A | Interest | L | T | | | | | |
| 19. -SWGXY | | | | | | | | | |
| 20. -SAXIX | | | | | Sold | 12/16/14 | J | B | |
| 21. -SAUFX | | | | | Sold | 12/16/14 | J | B | |
| 22. -SAEMX | | | | | | | | | |
| 23. -SAISX | | | | | | | | | |
| 24. -SAHMX | | | | | | | | | |
| 25. -SAREX | | | | | Sold | 12/16/14 | J | A | |
| 26. -SAMKX | | | | | | | | | |
| 27. -SABTX | | | | | | | | | |
| 28. AMER FUNDS (IRA) | A | Dividend | K | T | | | | | |
| 29. -AMER BALANCED FUND A | | | | | | | | | |
| 30. -CAPITAL WORLD GROWTH & INC FUND A | | | | | | | | | |
| 31. -THE GROWTH FUND OF AMER -A | | | | | | | | | |
| 32. -THE INVESTMENT CO OF AMER -A | | | | | | | | | |
| 33. -NEW PERSPECTIVE FUND -A | | | | | | | | | |
| 34. KPERS RETIREMENT SYSTEM KS. PUBLIC EMP. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUMPHREYS, KAREN M. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NEF VARIABLE LIFE | | | | | | | | | |
| 36. -CLARION GLOBAL R EST. | | None | J | T | | | | | |
| 37. -AMER FUNDS BOND | | None | J | T | | | | | |
| 38. JANUS FORTY PORTFOLIA (transfer CB Agg Gr Prt) | | None | J | T | | | | | |
| 39. -AMER FUNDS GROWTH | | None | J | T | | | | | |
| 40. -AMER FUNDS GRO INC. | | None | J | T | | | | | |
| 41. -AMER FUNDS GLO SM CAP | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUMPHREYS, KAREN M. | 08/17/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| HUMPHREYS, KAREN M. | 08/17/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **KAREN M. HUMPHREYS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544